**Order entered April 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00618-CV

**CHARLES MITCHELL, Appellant**

**V.**

**RUTH HOUSTON, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14792**

## ORDER

Before the Court is appellant's April 10, 2014 motion to proceed with the appeal. Our records indicate that the appeal will be submitted in due course. Accordingly, we **DENY** appellant's motion as moot.

/s/      ADA BROWN
       JUSTICE